

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DARVIN MORRIS, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:16-cv-126 |
| v. | * | |
| VICK FLOURNOY, Warden,[1] | * | |
| Respondent. | * | |

### ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 15, to which Petitioner Darvin Morris ("Morris") filed Objections, dkt. no. 16. In his Objections, Morris takes issue with the Magistrate Judge's exhaustion analysis under Turner v. Burnside, 541 F.3d 1079 (11th Cir. 2008). Id. However, the Magistrate Judge properly analyzed Morris' efforts at exhausting his available administrative remedies prior to the filing of his 28 U.S.C. § 2241 Petition and determined Respondent's account was more

---

[1] The only proper respondent in a Section 2241 case such as this is the petitioner's immediate custodian-the warden of the facility where the petitioner is confined. See Rumsfeld v. Padilla, 542 U.S. 426, 434-35 (2004). Accordingly, Vick Flournoy is the only proper Respondent in this Section 2241 action. Therefore, the Court **DISMISSES** the remaining Respondents.

credible than Morris'. Dkt. No. 15, pp. 6-9. Morris' Objections only reveal his dissatisfaction with the Magistrate Judge's analysis and conclusion and offer nothing additional for the Court's consideration.

The Court **OVERRULES** Morris' Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Morris' Petition brought pursuant to 28 U.S.C. § 2241 and **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal. The Court **DENIES** Morris *in forma pauperis* status on appeal.

**SO ORDERED**, this ___4___ day of ___January___, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)